In the Matter of Ordinance No. 491, Standing as a Petition, Annexing Certain Territory to the City of Loves Park, Illinois.
(North Park Fire Protection District, Rockford, Illinois, a Public Corporation, Objector, Appellant.)

Gen. No. 67–86. (Abstract of Decision.)

Second District.
December 1, 1967.

Reno, Zahm, Folgate and Skolrood, of Rockford, for appellant; Philip A. Nicolosi, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.